

U.S. Department of Justice

CHANNING D. PHILLIPS
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 23, 2021

**VIA EMAIL**

Michelle M. Peterson
Office of the Federal Public Defender for the District of Columbia

John Phillip Calhoun
Office of the Federal Public Defender for Western District of Texas

H. Heather Shaner
Law Office of H. Heather Shaner

Richard Steven Stern
Law Office of Richard S. Stern

John L. Machado
Law Office of John Machado


      Re:    *United States v. Munn, et al.,*
             Case No. 21-cr-474-BAH
             Letter No. 2

Dear Counsel:

      This is to memorialize the following discovery sent you on **August 19, 2021,** via USAFX which contained the following materials:

      Reports of surveillance conducted on March 1, 2021, March 12, 2021, March 26, 2021, July 6, 2021, July 7, 2021, July 11, 2021, and July 12, 2021, and notes
          Requests for and Records from AT&T, and Verizon, Snap Inc.
          Opening investigation reports for Kristi, Dawn, and Thomas Munn
          Eight Screenshots of Munn family members inside the Capitol from D.Live
          Public records, such as wage, driver's license, and residential records, and criminal history records for Kristi, Dawn and Thomas Munn

     Reports of image searches for Dawn and Thomas Munn
     Munn Family identification report and three photographs
     Parler search results for the Munn family
     Reports of video review and identification of the Munns, including on CCTV, publicly available videos and social media
     Report discussing Munn family travel to Washington, DC, including Facebook 10 posts and photographs
     Arrest Report of Thomas, Dawn, and Kayli Munn
     Interview reports for Kristi, Dawn and Thomas Munn and notes
     Audio of Thomas Munn's interview and Miranda form
     Six Facebook search warrants and notice of returns
     Snap Chat search warrant and notice of return
     Interview of tipsters
     Three reports of information from N. Jones and photographs
     Arrest warrants and returns for Kristi, Thomas, Kayli, Josh, and Dawn Munn
     AT&T Search warrant and return
     Reports of search and evidence seized from Jackson Street, including photograph log, sketch, notice of photographs, and evidence log
     Report on utilities checks
     Subfile opening report
     Search warrant for Avalon Street and Evidence seized

The file names for each document provided are outlined in Attachment A to this correspondence.

     Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

     The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

     This material is subject to the terms of the Protective Order issued in this case.

     I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

     I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or

2

scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  See Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

Sincerely,

/s/ *Monica A. Stump*
Monica A. Stump
Assistant United States Attorney

/s/ Jennifer Rozzoni
Assistant United States Attorney


Enclosure(s)

**ATTACHMENT A**

**Dawn Munn -- 3385911**
Serial 0000001.pdf
Serial 0000001_1A0000002_0000001.jpg
Serial 0000001_1A0000002_0000002.jpg
Serial 0000001_1A0000002_0000003.jpg
Serial 0000001_1A0000002_0000004.jpg
Serial 0000001_1A0000002_0000005.jpg
Serial 0000001_1A0000002_0000006.jpg
Serial 0000001_1A0000002_0000007.jpg
Serial 0000001_1A0000002_0000008.jpg
Serial 0000002.pdf
Serial 0000003.pdf
Serial 0000003_1A0000004_0000001 SENSITIVE.pdf
Serial 0000004.pdf
Serial 0000004_1A0000005_0000001.pdf
Serial 0000004_1A0000005_0000002.pdf
Serial 0000004_1A0000005_0000003.jpg
Serial 0000004_1A0000005_0000004.pdf
Serial 0000004_1A0000005_0000005.pdf
Serial 0000010.pdf
Serial 0000019.pdf

**Kristi Munn -- 3384888**
Serial 0000001.pdf
Serial 0000001_1A0000002_0000001.jpg
Serial 0000001_1A0000002_0000002.jpg
Serial 0000001_1A0000002_0000003.jpg
Serial 0000001_1A0000002_0000004.jpg
Serial 0000001_1A0000002_0000005.jpg
Serial 0000001_1A0000002_0000006.jpg
Serial 0000001_1A0000002_0000007.jpg
Serial 0000001_1A0000002_0000008.jpg
Serial 0000002_1A0000003_0000002.pdf
Serial 0000002_1A0000003_0000003.pdf
Serial 0000002_1A0000003_0000005.pdf
Serial 0000002_1A0000003_0000006.pdf
Serial 0000002_1A0000003_0000007.pdf
Serial 0000004.pdf
Serial 0000004_1A0000005_0000001 SENSITIVE.pdf
Serial 0000005.pdf
Serial 0000005_1A0000006_0000001.pdf
Serial 0000005_1A0000006_0000002.pdf
Serial 0000005_1A0000006_0000003.pdf

Serial 0000005_1A0000006_0000004.png  
Serial 0000005_1A0000006_0000005.pdf  
Serial 0000011.pdf  
Serial 0000011_1A0000007_0000001.png  
Serial 0000011_1A0000007_0000002.png  
Serial 0000011_1A0000007_0000003.png  
Serial 0000012.pdf  
Serial 0000015.pdf  
Serial 0000015_1A0000007_0000001.pdf  
Serial 0000015_1A0000008_0000001.pdf  
Serial 0000016.pdf  
Serial 0000016_1A0000009_0000001.xlsx  
Serial 0000017.pdf  
Serial 0000017_1A0000010_0000001.png  
Serial 0000017_1A0000010_0000002.png  
Serial 0000017_1A0000010_0000003.png  
Serial 0000017_1A0000010_0000004.png  
Serial 0000017_1A0000010_0000005.png  
Serial 0000017_1A0000010_0000006.png  
Serial 0000017_1A0000010_0000007.png  
Serial 0000017_1A0000010_0000008.png  
Serial 0000017_1A0000010_0000009.png  
Serial 0000017_1A0000010_0000010.png  
Serial 0000020.pdf  
Serial 0000020_1A0000001_0000001.pdf  
Serial 0000021.pdf  
Serial 0000021_1A0000011_0000001.pdf  
Serial 0000021_1A0000011_0000002.pdf  
Serial 0000021_1A0000011_0000003.pdf  
Serial 0000021_1A0000011_0000004.pdf  
Serial 0000021_1A0000011_0000005.pdf  
Serial 0000021_1A0000011_0000006.pdf  
Serial 0000021_1A0000012_0000001.pdf  
Serial 0000021_1A0000013_0000001.pdf  
Serial 0000021_1A0000014_0000001.pdf  
Serial 0000022.pdf  
Serial 0000022_1A0000017_0000001.pdf  
Serial 0000022_1A0000018_0000001.pdf  
Serial 0000023_1A0000020_0000001 HIGHLY SENSITIVE.pdf  
Serial 0000023_1A0000020_0000002 HIGHLY SENSITIVE.pdf

Serial 0000024_1A0000021_0000001 HIGHLY SENSITIVE.pdf
Serial 0000024_1A0000021_0000002 HIGHLY SENSITIVE.pdf
Serial 0000026.pdf
Serial 0000026_1A0000022_0000001.pdf
Serial 0000026_1A0000022_0000002.pdf
Serial 0000026_1A0000022_0000003.pdf
Serial 0000026_1A0000022_0000004.pdf
Serial 0000027.pdf
Serial 0000027_1A0000023_0000001.pdf
Serial 0000030.pdf
Serial 0000031.pdf
Serial 0000031_1A0000024_0000001.pdf
Serial 0000032.pdf
Serial 0000032_1A0000025_0000001.pdf
Serial 0000032_1A0000026_0000002.txt
Serial 0000032_1A0000026_0000003.txt
Serial 0000032_1A0000026_0000004.zip
Serial 0000032_1A0000026_0000005.pdf
Serial 0000032_1A0000026_0000007.txt
Serial 0000033.pdf
Serial 0000034.pdf
Serial 0000035.pdf
Serial 0000035_1A0000028_0000001.jpg
Serial 0000035_1A0000028_0000002.jpg
Serial 0000036.pdf
Serial 0000036_1A0000029_0000001.pdf
Serial 0000036_1A0000029_0000002.pdf
Serial 0000036_1A0000029_0000003.pdf
Serial 0000036_1A0000029_0000004.pdf
Serial 0000037.pdf
Serial 0000039_1A0000002_0000001.pdf
Serial 0000039_1A0000002_0000002.pdf
Serial 0000039_1A0000002_0000003.pdf
Serial 0000039_1A0000002_0000004 SENSITIVE.pdf
Serial 0000039_1A0000002_0000005.pdf
Serial 0000039_1A0000002_0000007.pdf
Serial 0000039_1A0000002_0000008.png
Serial 0000040.pdf
Serial 0000040_1A0000010_0000001.pdf
Serial 0000040_1A0000010_0000002.pdf
Serial 0000040_1A0000010_0000003.pdf

Serial 0000040_1A0000010_0000004.pdf
Serial 0000040_1A0000010_0000005.pdf
Serial 0000040_1A0000010_0000006.pdf
Serial 0000040_1A0000010_0000007.pdf
Serial 0000040_1A0000010_0000008.pdf
Serial 0000041.pdf
Serial 0000041_1A0000031_0000001.pdf
Serial 0000042.pdf
Serial 0000042_1A0000032_0000001.jpg
Serial 0000042_1A0000032_0000002.jpg
Serial FIS 0000001.pdf
Serial FIS 0000001_1A0000001_0000001.pdf
Serial FIS 0000002.pdf
Serial FIS 0000002_1A0000002_0000001.pdf
Serial FIS 0000003.pdf
Serial FIS 0000003_1A0000003_0000001.pdf
Serial FIS 0000004.pdf
Serial FIS 0000004_1A0000004_0000001.pdf
Serial FIS 0000005.pdf
Serial FIS 0000005_1A0000005_0000001.pdf
Serial FIS 0000006.pdf
Serial FIS 0000006_1A0000006_0000001.pdf
Serial FIS 0000007.pdf
Serial FIS 0000007_1A0000007_0000001.pdf
Serial GJ 0000001.pdf
Serial GJ 0000002.pdf
Serial GJ 0000002_1A0000001_0000002.zip
Serial GJ 0000002_1A0000001_0000003.TIF
Serial GJ 0000003.pdf
Serial GJ 0000004.pdf
Serial GJ 0000005.pdf
Serial GJ 0000005_1A0000002_0000001.zip
Serial GJ 0000006.pdf
Serial GJ 0000006_1A0000003_0000001.rtf
Serial GJ 0000006_1A0000003_0000002.rtf
Serial GJ 0000006_1A0000003_0000003.xlsx
Serial GJ 0000007.pdf
Serial GJ 0000008.pdf
Serial GJ 0000008_1A0000004_0000001.pdf
Serial GJ 0000008_1A0000004_0000002.zip
Serial GJ 0000009.pdf
Serial GJ 0000010.pdf
Serial GJ 0000010_1A0000005_0000001.zip

**Thomas Munn -- 3385905**
Serial 0000001_1A0000002_0000007.jpg
Serial 0000001_1A0000002_0000008.jpg
Serial 0000002.pdf
Serial 0000002_1A0000003_0000001 SENSITIVE.pdf
Serial 0000003.pdf
Serial 0000004.pdf
Serial 0000004_1A0000006_0000001.pdf
Serial 0000004_1A0000006_0000002.jpg
Serial 0000004_1A0000006_0000003.pdf
Serial 0000004_1A0000006_0000004.pdf
Serial 0000004_1A0000006_0000005.pdf
Serial 0000017.pdf
Serial 0000018.pdf
Serial 0000018_1A0000008_0000001.pdf
Serial 0000018_1A0000008_0000002.pdf
Serial 0000018_1A0000008_0000003.pdf
Serial 0000018_1A0000008_0000004.MP3
Serial 0000018_1A0000008_0000005.pdf
Serial 0000021.pdf
Serial 0000021_1A0000009_0000001.pdf
Serial 0000022.pdf
Serial 0000001.pdf
Serial 0000001_1A0000002_0000001.jpg
Serial 0000001_1A0000002_0000002.jpg
Serial 0000001_1A0000002_0000003.jpg
Serial 0000001_1A0000002_0000004.jpg
Serial 0000001_1A0000002_0000005.jpg
Serial 0000001_1A0000002_0000006.jpg