

**Office of the President**

WTAMU Box 60997 • Canyon, Texas 79016-0001 • 806.651.2100 • Fax 806.651.2126 • wtamu.edu • president@wtamu.edu

October 28, 2019

Borger High School
ATTN: Kayli Munn
600 West First Street
Borger, Texas 79007

Dear Kayli,

On behalf of West Texas A&M University, I would like to extend my congratulations to you for achieving fifth place in Domestic Extemporaneous Speaking and first in Informative Speaking, and first in Original Oratory during the Hereford Speech and Debate Tournament, as highlighted in the High Plains Observer - Hutchinson County Website (September 27, 2019).

Seeing that your sisters Klohi and Kassi are also receiving recognition for their academic achievements is heartwarming. Here at WT we not only focus on developing future leaders for our community and the world, but also on creating an environment of collaboration and success where students receive new opportunities while becoming a part of the WT family. It is my hope that you take pride in all that you do and continue to strive for excellence as you continue your education and further your talents.

I wish you many more opportunities and I look forward to hearing about your future achievements. Please let me know if West Texas A&M University can be of assistance to you in preparing for your next pursuit of academic excellence.

On, On Buffaloes!

Walter V. Wendler
President

dv

cc   Matt Ammerman, Principal
     Chance Welch, Superintendent
     Les Sharp, School Board President

*visio | veritas | valor*



**Office of the President**

WTAMU Box 60997 • Canyon, Texas 79016-0001 • 806.651.2100 • Fax 806.651.2126 • wtamu.edu • president@wtamu.edu

December 14, 2018

Borger High School
ATTN: Kayli Munn
600 West First Street
Borger, TX 79007

Dear Kayli,

On behalf of West Texas A&M University, I would like to extend my congratulations to you for placing in Yellow City Swing Tournament, as highlighted on the Borger ISD Twitter page (September 25, 2018). Taking second place on the Tascosa side and the Amarillo High side in Informative Speaking is an achievement worthy of praise and celebration.

Your success is not only a testament to your perseverance, but also to the importance you place on your aspirations and education. Take pride in all that you do and strive for excellence as you continue your education.

I wish you many more opportunities and I look forward to hearing about your future achievements. Please let me know if West Texas A&M University can be of assistance in preparing for your next pursuit of academic excellence.

Sincerely,

Walter V. Wendler
President

mm

cc   Matt Ammerman, Principal
     Chance Welch, Superintendent
     Robert Bradley, School Board President

*visio | veritas | valor*