## Student earns academic achievement



Courtsey photo

Earlier last week, Borger High School Junior, Kayli Munn became the newest Bulldog to receive the National Speech and Debate Association's coveted Academic All-American achievement. This make her 1 of 3 BHS students that currently hold the title. Munn earned this from her outstanding talents in Original Oratory, Informative Speaking, and Domestic Extemporaneous Speaking. Unlike the other students that have achieved this, Munn currently participates in speaking events only which requires a completely different skillset than their debate counterparts. Munn sets the bar at a high level for creativity, poise, and humility. She has dedicated countless hours to her craft, and it shines through in her performance. There is rarely a tournament where she doesn't find her way into the winner's circle in one or more events.

Skip navigation

- Select a School⇕
    - ▪ Borger Independent School District
      ▪ Borger High School
      ▪ Borger Intermediate School
      ▪ Borger Middle School
      ▪ Crockett Elementary School
      ▪ Gateway Elementary School
      ▪ Paul Belton Elementary School
    - Porter
    - Tango
    - Fiesta
    - Fuji
    - Garden
    - Gingergold
    - Honeycrisp
    - Jazz
    - Liberty
    - McIntosh
    - Newton
    - Royal Gala
    - Opal
    - Nobel
    - Victoria
    - Wolf River
    - Winston
- Language ⇕
- ⊕
- Search... [Search]
- Login

Admin ⚙



Faculty ○  Parents ○  Students

806-273-6481

🏠 borger › Blogs › News › Kayli Munn Earns National Sp…

# Kayli Munn Earns National Speech & Debate All-American

| TAGS |
|---|
| Borger Middle School Honor Roll 5th Six-Weeks |



It's encouraging to know that even in the bleakest of times our impact on students, and likewise their impact on us, still shines through. Earlier last week, Borger High School Junior, Kayli Munn became the newest Bulldog to receive the National Speech and Debate Association's coveted Academic All-American achievement. This make her 1 of 3 BHS students that currently hold the title. Munn earned this from her outstanding talents in Original Oratory, Informative Speaking, and Domestic Extemporaneous Speaking. Unlike the other students that have achieved this, Munn currently participates in speaking events only which requires a completely different skill set than their debate counterparts. Munn sets the bar at a high level for creativity, poise, and humility. She has dedicated countless hours to her craft, and it shines through in her performance. There is rarely a tournament where she doesn't find her way into the winner's circle in one or more events. Congratulations to Kayli for conquering this great milestone!

Submitted by BHS Instructor Steven Watkins

Posted by rebecca.calder On 07 April, 2020 at 2:46 PM

## RECENT POSTS

- Borger ISD Announces Root-Gillespie Teacher of the Year (2)
- Hutchinson county stock show results for Borger FFA
- Bulldog Boys Wrestling 2022 Hereford Rumble Results
- Lady Bulldogs 21st Lady Horns Classic Results
- Borger Intermediate School Honor Roll 1st- Six Weeks
- Borger Middle School A Honor Roll 1st Six Weeks 2021
- Florer Family Donation
- Crockett Honor Roll First Six Weeks 2021
- Gateway Honor Roll First Six Weeks 2021
- Largest Dual Credit Numbers in BHS History

## ARCHIVES

- August 2022 (1)
- January 2022 (3)
- October 2021 (5)

## GROUP BLOGS

- News

## CONTENT ALERT SUBSCRIPTION

🔗 Blog Feeds
🔗 Podcast Feeds

# BORGER INDEPENDENT SCHOOL DISTRICT

Website by SchoolMessenger Presence. © 2022 Intrado Corporation. All rights reserved.