# Certificate of Membership



# National Honor Society

This Certifies that

## Kayli Munn

was selected a member

of the Borger High School Chapter

of the

National Honor Society of Secondary Schools.

Membership is based on Scholarship, Leadership, Service, and Character.

Given at Borger High School

on the 27th day of October in 2019.