IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | CRIM NO. 21-CR-474-05 | |
| KAYLI MUNN, | ) | Judge: Howell | |
| | ) | | |
| Defendant. | ) | Sentencing Date: 10/21/22 | |

### DEFENDANT KAYLI MUNN'S RESPONSE TO THE COURT'S SEPTEMBER 30, 2022 MINUTE ORDER

COMES NOW Kayli Munn, by and through counsel, and submits the following response to the court's September 30, 2022, Minute Order regarding the public release of photo and video evidence. Defendant Kayli Munn has no opposition to the release of the photo or video evidence referenced in the government's filings regarding this issue as to Kayli Munn. (Dkt. 64, 108)

1

Respectfully submitted,

KAYLI MUNN
By Counsel


   /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Kayli Munn
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com


**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 7th day of October, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.


   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Kayli Munn
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

2