IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 21-CR-474-05 |
| KAYLI MUNN, ) | Judge: Howell |
| ) | |
| Defendant. ) | Sentencing Date: 10/12/22 |

### DEFENDANT KAYLI MUNN'S RESPONSE TO THE COURT'S OCTOBER 11, 2022, MINUTE ORDER

COMES NOW Kayli Munn, by and through counsel, and submits the following response to the court's October 11, 2022, Minute Order regarding the objections to the Standard Conditions of Supervision. Defendant Kayli Munn objects to condition number 7, which requires full time employment, unless excused by the probation officer. Defendant Kayli Munn respectfully respects that the condition number 7 allows for either full time employment *or education.* This will allow for Ms. Munn to receive further schooling if she desires.[1] Kayli Munn has no other objections to the Standard Conditions of Supervision.

---

[1] Undersigned counsel has been in communication with Senior U.S. Probation Officer Crystal Lustig, who has indicated that a probationer may be excused from full-time employment due to enrollment in school. While it may not be an issue in the future, Kayli Munn's preference would be that the issue be resolved at the judicial level so that discrepancy be removed from the Probation Office for this specific issue.

Respectfully submitted,

KAYLI MUNN
By Counsel


\_\_\_\_/s/ John L. Machado_____
John L. Machado, Esq.
Bar No. 449961
Counsel for Kayli Munn
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com


**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 11th day of October, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.


\_\_\_\_/s/John L. Machado_____
John L. Machado, Esq.
Bar Number 449961
Attorney for Kayli Munn
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

2